# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| PNC BANK, NATIONAL ASSOCIATION,<br><br>Plaintiff,<br><br>v.<br><br>UAL EXPRESS INC. and NATASA KUZMANOVA,<br><br>Defendants. | Case No. 23-cv-16920<br><br>Honorable Martha M. Pacold<br><br>Honorable Gabriel A. Fuentes |

## PNC BANK, NATIONAL ASSOCIATION'S MOTION FOR SUMMARY JUDGMENT

Plaintiff PNC Bank, National Association (the "Bank"), by its attorneys, Carlson Dash, LLC, files its Motion for Summary Judgment against UAL Express Inc. ("UAL Express") and Natasa Kuzmanova ("Kuzmanova") (collectively, the "Defendants") pursuant to Federal Rule of Civil Procedure 56 and Local Rule 56.1, and states as follows:

On December 19, 2023, the Bank filed its two-count complaint against the Defendants alleging breach of a line of credit note and guaranty, respectively (the "Complaint"). *See* Dkt. 1. On January 2, 2024, UAL Express was served via corporate service and on December 28, 2023, Kuzmanova was served via personal service. *See* Dkt. 7 and Dkt. 8. On April 5, 2024, the Defendants filed an answer to the Bank's Complaint. *See* Dkt. 17.

The Defendants have raised no defenses to the Bank's Complaint and there are no material facts in dispute. For those reasons, and the reasons stated in greater detail in the Bank's memorandum of law in support of summary judgment, the Bank is entitled to summary judgment as a matter of fact and law.[1]

---

[1] The memorandum of law in support of summary judgment is incorporated herein by reference.

**WHEREFORE**, Plaintiff PNC Bank, National Association respectfully requests that this Court enter an order granting summary judgment in favor of the Bank and against UAL Express Inc. and Natasa Kuzmanova in the amount of $261,401.39, plus attorneys' fees and costs in the amount of $6,657.80, and whatever other relief this Court deems just.

                          **PNC BANK, NATIONAL ASSOCIATION**

                          By: /s/ Martin J. Wasserman
                                  One of its Attorneys

Martin J. Wasserman
Morgan I. Marcus
**CARLSON DASH, LLC**
216 S. Jefferson St., Ste. 303
Chicago, Illinois 60661
Telephone: 312-382-1600
E-mail: mwasserman@carlsondash.com
        mmarcus@carlsondash.com

**CERTIFICATE OF SERVICE**

       I hereby certify that on July 24, 2024, a true and correct copy of the foregoing was filed electronically in the ECF system. Notice of this filing will be sent to the parties of record by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

                                                     /s/ Martin J. Wasserman